UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMI APRIL MUSIC., et al,<br><br>               Plaintiffs,<br><br>    v.<br><br>HAROLD SCOTT LANES, et al,<br><br>              Defendants. | NO. CV-08-162-EFS<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM AND CLAIM FOR RELIEF FOR FAILURE TO STATE A CLAIM** |

BEFORE THE COURT, without oral argument, is Plaintiffs' Motion to Dismiss Defendants' Counterclaim and Claim for Relief for Failure to State a Claim. (Ct. Rec. 12.)  Defendants stipulate to dismissal of the counterclaim. Due to Defendants' non-opposition, **IT IS HEREBY ORDERED:** Plaintiffs' Motion to Dismiss Defendant's Counterclaim and Claim for Relief for Failure to State a Claim **(Ct. Rec. 12)** is **GRANTED**. Defendants' counterclaim (Ct. Rec. 10 at 5) is **DISMISSED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to

//

//

//

ORDER ~ 1

Case 2:08-cv-00162-EFS    Document 21    Filed 08/28/08

enter this Order and provide copies to counsel.

**DATED** this ___28th___ day of August, 2008.

                              s/Edward F. Shea
                             EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2008\0162.stip.dismiss.cc.wpd

ORDER ~ 2