AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

EMI APRIL MUSIC, INC., et. al.,

        Plaintiffs,

v.

LANES, INC., and HAROLD SCOTT LANES,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-162-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs against the Defendants, jointly and severally, as follows:

- $40,250.00 in statutory damages, which is an award of $5,750.00 for each of the seven (7) copyrighted musical works infringed at Volcano's Party Island on September 13, 2007;

- $14,744.75 in reasonable attorneys' fees and $1,387.23 in costs;

Plaintiffs shall further recover from Defendants Lanes, Inc. and Harold Scott Lanes, jointly and severally, interest on the aforementioned statutory damages, costs, and attorneys' fees from the date of entry of judgment at the applicable statutory rate.

| | |
|---|---|
| March 20, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |